UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES RONALD WELCH, JR.,

    Petitioner,

v.                                                                     CASE NO. 6:16-cv-247-Orl-37TBS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____

## ORDER

This case is before the Court on the following matters:

1.    Respondents have filed a Response to Petition wherein the sole basis asserted for denying the petition is that Petitioner has not raised any federal constitutional claims. (Doc. 17). As noted by Respondents in the Response to Petition, the Petition alleges multiple grounds of ineffective assistance of counsel. Furthermore, in grounds one and two, Petitioner explicitly alleges that the actions of the trial court violated his constitutional rights. Therefore, Respondents' argument that Petitioner has not raised any federal claims is disingenuous and erroneous. Not only is Respondents' argument erroneous, the Response to Petition was filed after the expiration of the deadline set by the Court because Respondents failed to calendar the deadline. *See* Doc. 16.

In light of the foregoing, Respondents are directed to file a Supplemental Response addressing the merits of Petitioner's claims within **TWENTY (20) DAYS** from the date of

<u>this Order</u>.   <u>Respondents are warned that no further extensions of time will be granted for them to address the merits of Petitioner's claims and sanctions will be imposed if a Supplemental Response is not filed in accordance with this Order within this time</u>.

  2. Petitioner's Motion for Ruling on Petition (Doc. 18) is **DENIED** as moot. Petitioner has filed a Notice of Withdrawal of the Motion.

  **DONE AND ORDERED** in Orlando, Florida, this <u>23rd </u>day of August, 2016.



ROY B. DALTON JR.
United States District Judge

Copies to:
OrlP-1
James Ronald Welch, Jr.
Counsel of record